UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRT, LLC AND LIVESPORTSVIDEO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NEULION, INC. AND NEULION USA, INC.<br><br>Defendants. | Civil Action No. 5:10-cv-810 (DNH/ATB) |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SPRT, LLC and LiveSportsVideo, LLC and defendants NeuLion, Inc. and NeuLion USA, Inc., hereby stipulate to the dismissal, with prejudice, of all claims pending in this action on the basis of a settlement between parties. Each party will bear its own costs and attorney's fees.

Dated: July 14, 2011

/s/ James R. Muldoon
James R. Muldoon (Bar Roll No. 506772)
HARRIS BEACH PLLC
300 South State Street
One Park Place
Syracuse, New York 13202
Telephone:   (315) 423-7100
Telefax:       (315) 422-9331

*Attorneys for Plaintiffs SPRT, LLC and LiveSportsvideo, LLC*

/s/ Theodore F. Duver
Theodore F. Duver (Bar Roll No. 509183)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone:   (212) 407-4158
Telefax:       (212) 937-2206

*Attorneys for Defendants NeuLion, Inc. and NeuLion USA. Inc.*

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

256473 1619043.1

Dated: July 15, 2011